**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:09-CR-121-KJD (PAL) |
| JESSICA D. LICEA, | ) ) ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

On July 14, 2009, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 21, United States Code, Section 853(a)(1), (a)(2), and (p), based upon the plea of guilty by defendant JESSICA D. LICEA to criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant JESSICA D. LICEA pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 27, 2010 through April 25, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a *in personam* criminal forfeiture money judgement of $90,000.00 in United States Currency including:

    a. $26,400.00 in United States Currency seized from 131 Corey Creek Court, Las Vegas, NV out of the a bedroom stuffed in three different shoes;

    b. $1,859.00 in United States Currency rubber banded together seized from the garage at 131 Corey Creek Court, Las Vegas, NV; and

    c. Ruger P95, 9mm handgun bearing serial number 316-78138 and a clip containing 15 bullets located under the bed in the room of Villalta located at 131 Corey Creek Court, Las Vegas, Nv.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __1st__ day of ____JULY____, 2010.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Final Order of Forfeiture on June 30, 2010 by the below identified method of service:

E-mail/ECF

Paola M. Armeni
Gordon & Silver, Ltd.
3960 Howard Hughes Parkway, Ninth Floor
Las Vegas, NV 89169
Email: usdcnotices@gordonsilver.com
*Counsel for Christopher Suasaeng*

John T. Moran, III
Moran Law Firm
630 South Fourth Street
Las Vegas, NV 89101
Email: r.gullo@moranlawfirm.com
*Counsel for Jose A. Villalta and Jessica D. Licea*

  /s/AlexandraMMcWhorter
ALEXANDRA M. MCWHORTER
Forfeiture Support Associate Paralegal